# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DRANOEL ENAJ BROWN,

*Plaintiff*

v.

BREANNA ALEXI, KEVIN BOVENKAMP, OFFICER CRUZ, PATIENT SERVICES REP T. CARLSON,

*Defendant*

Civil Action No. 4:17-CV-05180-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2018

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Second Amended Complaint (ECF No. 21) is STRICKEN and this action is DISMISSED with prejudice under 28 U.S.C. 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian.

Date: 6/28/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen